UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Annie M. Hester,

      Plaintiff,

v.                                   Case No. 14-51739
                                   Honorable Sean F. Cox

Commissioner of Social Security,

      Defendant.

_____/

## <u>ORDER DISMISSING COMPLAINT</u>

Plaintiff Annie Hester brought this action seeking judicial review of the Commissioner's decision denying her application for benefits.

Plaintiff has previously been enjoined from filing any new complaints in this Court, due to her prolific filing history. *See Hester v. Commissioner of Social Security,* No. 08-14575 (E.D. Mich. Sept. 9, 2009); *see also Hester v. Commissioner of Social Security,* No. 12-mc-51140 (E.D. Mich. Aug. 29, 2012); *see also Hester v. Commissioner of Social Security,* No. 14-mc-50315 (E.D. Mich. March 13, 2014).

On September 2, 2009, Judge Ludington issued an order that dismissed Plaintiff's case and "**BARRED** [Plaintiff] from filing any further actions against the Commissioner of Social Security in this district unless she obtains the written permission of a judge in this district." *Hester v. Commissioner of Social Security,* No. 08-14575, Doc. #15.   In addition, Judge Ludington's order required the Clerk of the Court to retain a copy of Judge Ludington's September 2, 2009, order and attach it to any subsequent actions filed by Plaintiff against the Commissioner of Social Security.

*Hester v. Commissioner of Social Security,* No. 08-14575, Doc. #15.

On July 17, 2012, this Court issued an order that dismissed a complaint that Plaintiff filed regarding denied Social Security benefits. *Hester v. Commissioner of Social Security*, No. 11-11781, Doc. #17. On August 29, 2012, Judge Rosen issued an order denying Plaintiff the permission to file a complaint due to a lack of subject matter jurisdiction over Plaintiff's claims, in addition to the fact that the doctrine of *res judicata* barred Plaintiff from relitigating her claims. *Hester v. Commissioner of Social Security,* No. 12-mc-51140, Doc. #4.

On January 15, 2014, Judge Drain issued an order dismissing another complaint filed by Plaintiff. *Hester v. Commissioner of Social Security*, No. 13-mc-50444, Doc. #4. On March 13, 2014, Judge Cleland also issued an order which dismissed Plaintiff's complaint for the reasons stated in Judge Ludington's initial order. *Hester v. Commissioner of Social Security*, No. 14-50315, Doc. #2. On March 28, 2014, Judge Drain issued another order dismissing Plaintiff's complaint. *Hester v. Commissioner of Social Security*, No. 14-mc-50368, Doc. #2. On July 21, 2014, this Court issued an Order dismissing Plaintiff's case for all of the above-stated reasons. *Hester v. Commissioner of Social Security*, No. 14-mc-50924, Doc. #2. On October 29, 2014, this Court issued an Order dismissing another of Plaintiff's cases for all of the above-stated reasons. *Hester v. Commissioner of Social Security*, No. 14-mc-51431, Doc. #2. Plaintiff's most recent complaint filed in this Court alleges no new factual information to distinguish it from her previous frivolous complaints.

Accordingly, Plaintiff's Complaint against the Commissioner of Social Security is

DISMISSED.

**IT IS SO ORDERED.**

Dated:  March 16, 2015                    S/ Sean F. Cox_____
                                          Sean F. Cox
                                          U. S. District Judge


I hereby certify that on March 16, 2015, the foregoing document was served on counsel of record via electronic means and upon Annie M. Hester via First Class mail at the address below:

Annie M. Hester
64 Menlo Drive
Belleville, MI 48111


                                          S/ J. McCoy_____
                                          Case Manager